**FILED**
Oct 16 2020
4:36 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ meganb        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA DYLAN TORGISON (1),<br>TODD MATTHEW JOHNSON (2),<br>　aka "Coyote",<br><br>　　　　　　Defendants. | Case No. ___'20 CR3236 JAH___<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 18, U.S.C., Sec. 924(d)(1) and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

　　The grand jury charges:

　　On or about June 26, 2019, within the Southern District of California, defendant JOSHUA DYLAN TORGISON, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition that traveled in and affected interstate commerce, to wit: a Remington shotgun bearing serial number 703174; a Western Field .222 bolt-action rifle bearing serial number 259053; a Winchester 30WCF lever-action rifle bearing serial number 34429; and a Springfield XD semi-automatic handgun bearing serial number XD745604; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), and defendant TODD MATTHEW JOHNSON, aka "Coyote", knowingly aided and abetted the same; in violation of Title 18, United States Code, Section 2.

BAB:nlv:San Diego:10/15/20

FORFEITURE ALLEGATIONS

The allegations contained in the above Count is re-alleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853(a), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the above Count alleged in this Indictment, defendants JOSHUA DYLAN TORGISON and TODD MATTHEW JOHNSON, aka "Coyote", shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Remington shotgun bearing serial number 703174; a Western Field .222 bolt-action rifle bearing serial number 259053; a Winchester 30WCF lever-action rifle bearing serial number 34429; and a Springfield XD semi-automatic handgun bearing serial number XD745604; all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: October 16, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
BENJAMIN A. BISH
Assistant U.S. Attorney