# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

|                          | Case No. 20-cr-03236-RSH |
| Plaintiff,               |                          |

vs.

Todd Matthew Johnson,

JUDGMENT OF DISMISSAL

Defendant.

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

18:922(g)(1),924(a)(2);18:2;18:924(d)(1),28:2461(c) - Felon in Possession of a Firearm; Aiding and Abetting

Dated:   9/26/2025

Hon. Robert S. Huie
United States District Judge